## Commonwealth *v.* Vasquez, Appellant.

Before SALUS, JR., J.

Submitted June 9, 1975. *Chas Lowenthal*, for appellant; *Hugh J. Colihan, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.